## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MERVIN DORIVAL, | : | CRIMINAL NOS. 2004-0154-02, |
| | : | |
| BERNARD GABRIEL, | : | 2004-0154-03, |
| | : | |
| ROBERT RAWLINS, | : | 2004-0154-05, |
| | : | |
| CLYDE EDINBOROUGH, JR., | : | 2004-0154-06 |
| | : | |
| STEFON WILSON, | : | 2004-0154-10, |
| | : | |
| ALRIC THOMAS, | : | 2004-0154-12. |
| | : | |
| Defendants. | : | |

## JUDGMENT ORDER

AND NOW, this 24th day of April, 2008, upon review of the above-captioned defendants' outstanding post-trial motions and supplemental motions and the response(s) of the Government thereto, and any replies or sur-replies, the following is hereby ORDERED:

1.  Defendant Dorival's Motion for New Trial is DENIED in full;

2.  Defendant Gabriel's Renewed Motion for Judgment of Acquittal or Alternatively Rule 33 Motion for New Trial is DENIED in full;

3.  Defendant Robert Rawlins' Motion for New Trial is DENIED in full;

4.  Defendant Clyde Edinborough's Motion for New Trial is DENIED in full;

5.  Defendant Wilson's Renewed Motion for Acquittal, or in the Alternative, for New Trial is DENIED in full; and

5.      Defendant Thomas' Renewed Rule 29 Motion for Judgment of Acquittal

or Alternatively Rule 33 Motion for New Trial is DENIED in full.

A memorandum detailing the court's reasoning is issued this same day.

The sentencing of each defendant is scheduled to take place on the following date:

1.      Alric Thomas: June 27, 2008, 9:00 a.m.

2.      Clyde Edinborough, Jr.: June 27, 2008, 11:00 a.m.

3.      Bernard Gabriel: June 27, 2008, 2:00 p.m.

4.      Mervin Dorival: June 30, 2008, 9:00 a.m.

5.      Robert Rawlins: June 30, 2008, 11:00 a.m.

6.      Stefon Wilson: June 30, 2008, 2:00 p.m.

Each sentencing will take place in the Large Courtroom, U.S. Courthouse in St. Thomas.  This

schedule is firm.

The Office of Probation shall timely complete a Pre-Sentence Investigation Report

as to each defendant.


_____S/ James T. Giles_____
Dated: April 24, 2008                          JAMES T. GILES
                                               UNITED STATES DISTRICT JUDGE
                                               (Sitting By Designation)


A T T E S T:
WILFREDO MORALES
Clerk of the Court

By: _____
        Deputy Clerk